**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

JESSICA MORBECK, on behalf )
of C.H., a minor child, )
)
        Plaintiff, )
) NO.  CV-06-0180-MWL
vs. )
) **JUDGMENT IN A**
JO ANNE B. BARNHART, ) **CIVIL CASE**
Commissioner of Social Security, )
)
        Defendant. )
)
_____)

### DECISION BY THE COURT:

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**.

The matter is **REMANDED** for additional proceedings pursuant to sentence four of   42 USC § 405(g).

Judgment is entered for **Plaintiff**.

**FILE CLOSED.**

DATED this 22nd day of January, 2007.

                                    JAMES R. LARSEN
                                    District Court Executive/Clerk

                                    s/ Alma R. Gonzalez
                         by: _____
                                    ALMA R. GONZALEZ
                                    Deputy Clerk

cc: all counsel

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26